UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:                    )
Ronald McGann,             )          Chapter 7
    *Debtor*              )          Case No: 11-12858 (JNF)

## DEBTOR'S MOTION TO REOPEN CASE

COMES NOW, the Debtor, by and through counsel, and respectfully represents as follows:

1. The movant is the debtor in the above-entitled case.

2. The debtor was discharged on July 12, 2011, and this case was closed on July 15, 2011.

3. The debtor desires to reopen this no-asset Chapter 7 case in order to file a Motion to Avoid a Judicial Lien because at the time of debtor's bankruptcy case the debtor was not aware there were liens on his property.

THEREFORE, the movant prays that this case be reopened, and prays for such other and further relief as is just and proper.

                Respectfully submitted,
                Debtor by his counsel,

Dated: February 13, 2014        /s/ Ira H. Grolman (556709)
                                     Donahue Grolman & Earle
                                     321 Columbus Avenue
                                     Boston, MA 02116
                                     (617) 859-8966

## CERTIFICATE OF SERVICE

I, Ira H. Grolman, state that on 13 February, 2014, I filed electronically the foregoing Debtor's Motion to Reopen Case with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF system. I served the referenced document on the following CM/ECF participants:

Warren E. Agin, Esq.
Swiggart & Agin LLC
197 Portland Street, Fourth Floor
Boston, MA 02114

John Fitzgerald, Esq.
Office of the US Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109

/s/ Ira H. Grolman (556709)
Donahue Grolman & Earle
321 Columbus Avenue
Boston, MA 02116
(617) 859-8966